# GARFUNKEL WILD, P.C.
ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964

ROBERT ANDREW WILD *
FREDRICK I. MILLER *
JUDITH A. EISEN *
LEONARD M. ROSENBERG *
JEFFREY S. BROWN ǂ*†
ANDREW E. BLUSTEIN ǂ*†#
BURTON S. WESTON *
MICHAEL J. KEANE *ǂ
HAYDEN S. WOOL *
GREG E. BLOOM *#
ROY W. BREITENBACH *#
LOURDES MARTINEZ *ǂ
STEVEN R. ANTICO ǂ*
JEFFRY ADEST *ǂ#
STEVEN J. CHANANIE *
PETER M. HOFFMAN *
ANDREW L. ZWERLING *#
DORIS L. MARTIN *#
BARRY B. CEPELEWICZ, M.D. *ǂ#
SEAN P. LEYDEN *#
DEBRA A. SILVERMAN *

LARA JEAN ANCONA *#
SUZANNE M. AVENA *
ROBERT A. DEL GIORNO *
KEVIN G. DONOGHUE *
STEVEN D. GORELICK ǂ*
STACEY L. GULICK *ǂ
B. SCOTT HIGGINS *
BARBARA D. KNOTHE *#
EVE GREEN KOOPERSMITH *
JOHN P. KRALJIC *
LAUREN M. LEVINE *ǂ
JOHN G. MARTIN *
MARIANNE MONROY *ǂ
ALAN H. PERZLEY *ǂ
KAREN L. RODGERS *
ROBERT E. SCHILLER *
ANDREW J. SCHULSON *
AFSHEEN A. SHAH *
GREGORY R. SMITH *
CHRISTINA VAN VORT *

WENDY A. CHOW *
ZACHARY B. COHEN *ǂ
C. MATTHEW COLONGELI *ǂ
MICHAEL G. DIFIORE *
JONATHAN J. DREYFUSS *
MICHAEL S. ENG ǂ
JASON Y. HSI *
TRACY D. HUBBELL *ǂ
MICHAEL J. KEANE, JR. * ǂ #
KIMBERLY KEMPTON-SERRA *ǂ#
RYAN R. KIRK *
STACEY P. KLEIN *ǂ
COURTNEY A. ROGERS *
TERENCE A. RUSSO *ǂ
MICHELLE LEWIS SALZMAN *
ALEXANDER C. SANTEE ǂ
MATTHEW M. SHATZKES *ǂ#
DAYNA B. TANN *ǂ
COLLEEN M. TARPEY *
DAVID E. ZABELL *
MADELIN L. ZWERLING *

SENIOR ATTORNEYS
JOHN BECKER *
ADAM T. BERKOWITZ *
JACQUELINE H. FINNEGAN *
SALVATORE PUCCIO *
MOLLY M. RUSH *
JUSTIN M. VOGEL *

OF COUNSEL
GEORGE M. GARFUNKEL *
STUART M. HOCHRON, M.D. ǂ

* LICENSED IN NEW YORK
ǂ LICENSED IN NEW JERSEY
# LICENSED IN CONNECTICUT
† RESPONSIBLE PARTNERS FOR NEW JERSEY OFFICE

FILE NO.: 13435.0004
REPLY TO: New York

WRITER'S EMAIL: mjkeane@garfunkelwild.com
WRITER'S DIRECT DIAL: (516) 393-2538

**By ECF**

January 31, 2014

Senior Judge Sterling Johnson, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Steinberger v. Lefkowitz, et al.*
Civil Action No.: 1:13-cv-05737-SJ-VVP

Dear Judge Johnson:

Pursuant to your Honors local rules, I enclose a courtesy copy of the cover letter enclosing Defendant Care to Care, Management, LLC's Notice of Motion and Memorandum of Law in Support of Defendant Care to Care's Motion to Dismiss.

Respectfully submitted,

Mickey Keane

MJK:kla
Enclosure

cc: Magistrate Judge Viktor V. Pohorelsky
Solomon E. Antar, Esq.
Michael B. Miller, Esq.
James J. Beha, II, Esq.
Roy W. Breitenbach, Esq.

---

NEW YORK        NEW JERSEY        CONNECTICUT

2769966v.2

## GARFUNKEL WILD, P.C.
ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964

**COURTESY COPY**

ROBERT ANDREW WILD *
FREDRICK I. MILLER *
JUDITH A. EISEN *
LEONARD M. ROSENBERG *
JEFFREY S. BROWN *+†
ANDREW H. BLUSTEIN †*+#
BURTON S. WESTON *
MICHAEL J. KEANE *‡
HAYDEN S. WOOL *
GREG E. BLOOM *#
ROY W. BREITENBACH *#
LOURDES MARTINEZ *‡
STEVEN R. ANTICO ‡*
JEFFRY ADEST *†#
STEVEN J. CHANANIE *
PETER M. HOFFMAN *
ANDREW L. ZWERLING *#
DORIS L. MARTIN *#
BARRY B. CEPELEWICZ, M.D. *‡#
SEAN P. LEYDEN *#
DEBRA A. SILVERMAN *

LARA JEAN ANCONA *#
SUZANNE M. AVENA *
ROBERT A. DEL GIORNO *
KEVIN G. DONOGHUE *
STEVEN D. GORELICK ‡*
STACEY L. GULICK *‡
B. SCOTT HIGGINS *
BARBARA D. KNOTHE *#
EVE GREEN KOOPERSMITH *
JOHN P. KRALJIC *
LAUREN M. LEVINE *‡
JOHN G. MARTIN *
MARIANNE MONROY *‡
ALAN H. PERZLEY *‡
KAREN L. RODGERS *
ROBERT H. SCHILLER *
ANDREW J. SCHULSON *
AFSHEEN A. SHAH *
GREGORY R. SMITH *
CHRISTINA VAN VORT *

WENDY A. CHOW *
ZACHARY B. COHEN *‡
C. MATTHEW COLONGELI *‡
MICHAEL G. DIFIORE *
JONATHAN J. DREYFUSS *
MICHAEL S. ENG ‡
JASON Y. HSI *
TRACY D. HUBBELL *‡
MICHAEL J. KEANE, JR. *‡#
KIMBERLY KEMPTON-SERRA *‡#
RYAN R. KIRK *
STACEY P. KLEIN *‡
COURTNEY A. ROGERS *
TERENCE A. RUSSO *‡
MICHELLE LEWIS SALZMAN *
ALEXANDER C. SANTEE ‡
MATTHEW M. SHATZKES *‡#
DAYNA B. TANN *‡
COLLEEN M. TARPEY *
DAVID E. ZABELL *
MADELIN L. ZWERLING *

SENIOR ATTORNEYS
JOHN BECKER *
ADAM T. BERKOWITZ *
JACQUELINE H. FINNEGAN *
SALVATORE PUCCIO *
MOLLY M. RUSH *
JUSTIN M. VOGEL *

OF COUNSEL
GEORGE M. GARFUNKEL *
STUART M. HOCHRON, M.D. ‡

* LICENSED IN NEW YORK
‡ LICENSED IN NEW JERSEY
# LICENSED IN CONNECTICUT
† RESPONSIBLE PARTNERS FOR NEW JERSEY OFFICE

FILE NO.: 13435.0004
REPLY TO: New York

WRITER'S EMAIL: mjkeane@garfunkelwild.com
WRITER'S DIRECT DIAL: (516) 393-2538

January 31, 2014

**By Email (solomon.antar@gmail.com) And Regular Mail**

Solomon E. Antar, Esq.
LAW OFFICES OF SOLOMON E. ANTAR
Attorneys for Plaintiff
26 Court Street, Suite 1200
Brooklyn, NY 11242

Re: *Steinberger v. Lefkowitz, et al.*

Dear Mr. Antar:

Enclosed for service please find Defendant Care to Care's notice of motion and memo of law in support of our motion to dismiss.

Very truly yours,

Mickey Keane

MJK:kla
Enclosures

cc: Michael B. Miller, Esq.
James J. Beha, II, Esq.
Roy W. Breitenbach, Esq.

NEW YORK          NEW JERSEY          CONNECTICUT

2769405v.1