UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SIMCHE STEINBERGER, as Executor of the last Will :
and Testament and Estate of TIBOR STEINBERGER, :

                  Plaintiff, :

   -against- :

JACK LEFKOWITZ, BLUMA LEFKOWITZ, :
MASKIL EL-DAL, INC., CARE TO CARE
MANAGEMENT, LLC, MAIMONIDES MEDICAL :
SERVICES, LLC, MEDSCAN MOBILE, and "JOHN
DOES" 1 through 10, names being fictitious and :
intended to be the person, persons or entities serving as
the nominees or alter egos of the defendants and in :
possession of plaintiff's property that is the subject of
this action, :

               Defendants :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.:
1:13-cv-05737-SJ-VVP

**RULE 7.1 STATEMENT**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Care to Care

Management, LLC, certifies that there are no parent corporation(s), nor is there a publicly held

corporation that owns 10 percent or more of any of their stock.

Dated: Great Neck, New York
       January 31, 2014

GARFUNKEL WILD, P.C.
*Attorneys for Defendants Care to Care*
*Management, LLC*

By:

       */s/ Michael J. Keane, Jr.*
          Roy W. Breitenbach
          Michael J. Keane, Jr.
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200

-1-