UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIMCHE STEINBERGER, As Executor of the last Will and Testament and Estate of TIBOR STEINBERGER,<br><br>      Plaintiff,<br><br>  -against-<br><br>JACK LEFKOWITZ, BLUMA LEFKOWITZ, MASKIL EL-DAL, INC., CARE TO CARE MANAGEMENT, LLC, MAIMONIDES MEDICAL SERVICES, LLC, MEDSCAN MOBILE, and "JOHN DOES" 1 through 10,<br><br>      Defendants. | Case No. 13 Civ. 5737 (SJ)<br><br>ECF Case<br><br>**RULE 7.1 STATEMENT** |

  Defendants Maskil El-Dal, Inc., Maimonides Medical Services, LLC, and Medscan Mobile each hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
    January 31, 2014

MORRISON & FOERSTER LLP

By:  /s/ Michael B. Miller

Michael B. Miller
James J. Beha II
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
MBMiller@mofo.com

*Attorneys for defendants Jack Lefkowitz, Bluma Lefkowitz, Maskil El-Dal, Inc., Maimonides Medical Services, LLC, and Medscan Mobile*