**MORRISON | FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BERLIN, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG,
SINGAPORE

January 31, 2014

Writer's Direct Contact
+1 (212) 336.4079
JBeha@mofo.com

<u>By Email and First Class Mail</u>

Solomon E. Antar, Esq.
Law Offices of Solomon E. Antar
146 Spencer Street, Suite 4004
Brooklyn, New York 11215
(718) 769-3200

Re:   *Steinberger v. Lefkowitz*, 13 Civ. 5737 (SJ) (E.D.N.Y.)

Dear Solomon:

    As you know, we represent defendants Jack Lefkowitz, Bluma Lefkowitz, Maskil-El Dal, Inc., Maimonides Medical Services, LLC, and Medscan Mobile in the above-captioned case. On their behalf, we hereby serve plaintiff Simche Steinberger with the following papers in connection with our clients' motion to dismiss:

- Defendants Jack Lefkowitz, Bluma Lefkowitz, Maskil El-Dal, Inc., Maimonides Medical Services, LLC, and Medscan Mobile's Notice of Motion to Dismiss;

- Defendants Jack Lefkowitz, Bluma Lefkowitz, Maskil El-Dal, Inc., Maimonides Medical Services, LLC, and Medscan Mobile's Memorandum of Law in Support of their Motion to Dismiss; and

- James J. Beha II's Declaration in Support of Defendants Jack Lefkowitz, Bluma Lefkowitz, Maskil El-Dal, Inc., Maimonides Medical Services, LLC, and Medscan Mobile's Motion to Dismiss and accompanying exhibits.

Sincerely,

James J. Beha II

cc:   Hon. Sterling Johnson Jr. (by hand, w/o enclosures)
      Hon. Viktor V. Pohorelsky (by hand, w/o enclosures)
      Roy W. Breitenbach, Esq. (by email)